**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. ____________________________

ECHOSTAR SATELLITE, L.L.C.,
a Colorado limited liability company,

Plaintiff,

v.

JVC ENTERTAINMENT, INC. a/k/a JVC ENTERTAINMENT-TV, INC, a New York corporation, JULIO VANEGAS, an individual, NICODAR CORDOVA, an individual, DAVID G. LUBELL, ESQ., an individual, and PROPP, LUBELL & LAPIDUS, LLP, a New York limited liability partnership,

Defendants.

---

**NOTICE OF REMOVAL**

---

Defendants, David G. Lubell, Esq. ("Lubell"), and Propp, Lubell & Lapidus, LLP, a New York limited liability partnership ("PLL"), by counsel and pursuant to 28 U.S.C. Section 1441 and D.C.COLO.LCivR 81.1, hereby give notice of the removal of this action from the District Court, County of Douglas, Colorado, and in support thereof states:

1. JVC Entertainment, Inc. a/k/a JVC Entertainment-TV, Inc, a New York corporation ("JVC"), Julio Vanegas ("Vanegas"), Nicodar Cordova ("Cordova"), Lubell, and PLL (collectively, "Defendants") are defendants in the civil action filed in and presently pending before the Douglas County District Court, State of Colorado, captioned *ECHOSTAR SATELLITE, L.L.C., a Colorado limited liability company v. JVC ENTERTAINMENT, INC. a/k/a JVC ENTERTAINMENT-TV, INC., a New York corporation, et al.*, Case Number 2007-CV-664, Division 6 (the "State Court Action"). The Complaint in the State Court Action was filed with the clerk of the Douglas County District Court on March 16, 2007, and subsequently served on the Defendants.

2. This Notice of Removal is being filed with this Court within thirty (30) days after Lubell and PLL received a copy of the Complaint setting forth the claims for relief upon which the Plaintiff's Complaint is based, as required by 28 U.S.C. Sec. 1446(b).

3. There are no hearings currently set in the State Court Action.

4. In accordance with D.C.COLO.LCivR 81.1, copies of all process, pleadings and orders received to date by the Defendants in the State Court Action are attached hereto as Exhibit A. Exhibit A consists of the Complaint and Jury Demand served upon Defendants, along with the exhibits attached to the Complaint, the Civil Cover Sheet, and Defendants JVC, Vanegas, and Cordova's Motion for Extension of time to Answer or Otherwise Respond to Plaintiff's Complaint.

5. In its Complaint, Plaintiff alleges that Defendants violated the terms and conditions of the PPV International Sports License Agreement regarding exclusivity, a failure to deliver video and audio signals, unjust enrichment, and non-repayment, and negligent misrepresentation against Lubell and PLL. Plaintiff claims damages in excess of $75,000.

6. This Court has original jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. Sec. 1332, and is one that may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. Sec. 1441(b) because: (a) the requisite complete diversity of citizenship between Plaintiff and Defendant is present, and (b) the amount in controversy exceeds the jurisdictional minium.

7. Written notice of the filing of this Notice of Removal is being served upon Plaintiff's counsel on this date.

8. Defendants will promptly file a copy of this Notice of Removal with the Clerk of the Douglas County District Court, State of Colorado as required by 28 U.S.C. Sec. 1446(d).

9. Venue lies in the United States District Court, for the District of Colorado, because this action is being removed from the District Court, County of Douglas, Colorado. The underlying Agreement in this dispute provides, in Section 9.6, that "The federal and state courts located in the State of Colorado shall have exclusive jurisdiction to hear and determine any claims, disputes, actions or disputes which may arise under or out of this Agreement. The parties voluntarily consent to the personal jurisdiction of, and waive any objection as to venue in, such courts for such purposes."

10. The undersigned has conferred with counsel for Defendants JVC, Vanegas, and Cordova, regarding this Notice of Removal. Counsel for Defendants JVC, Vanegas, and Cordova, has filed a similar Notice of Removal with this Court.

11. The undersigned attorney has been authorized by Defendants Lubell and PLL.

Submitted this 1st day of May, 2007.

/s/ Murray I. Weiner
Gregory M. O'Boyle
Murray I. Weiner
MULLIKEN WEINER KARSH BERG & JOLIVET, P.C.
Alamo Corporate Center
102 South Tejon Street, Suite 900
Colorado Springs, CO 80903
Telephone: (719) 635-8750
Fax: (719) 635-8706
e-mail: grego@mullikenlaw.com;
weiner@mullikenlaw.com
*Attorneys for Defendants David G. Lubell, Esq., and Propp, Lubell & Lapidus, LLP*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 1, 2007, a copy of the foregoing was served via United States Mail, postage prepaid to the following:

Jeffrey Cohen, Esq.
Cohen & Associates, PC
1600 Stout Street, #1710
Denver, CO 80202

Steven A. Soulios, Esq.
Ruta & Soulios LLP
1500 Broadway, 21st Floor
New York, NY 10036

Clerk of Court
District Court of Douglas County
4000 Justice Way, #2009
Castle Rock, CO 80109

Peter J. Lucas, Esq.
Appel & Lucas, P.C.
1917 Market Street, Suite A
Denver, CO 80202

Marla Schilly