| | |
|---|---|
| District Court, Douglas County, Colorado<br>Court Address: 4000 Justice Way<br>Castle Rock, Colorado 80109 | |
| Plaintiff(s): EchoStar Satellite L.L.C., a Colorado limited liability company<br><br>v.<br><br>JVC Entertainment, Inc., a/k/a JVC Entertainment-TV, Inc., a New York corporation; Julio Vanegas, an individual; Nicanor Cordova, an individual; David G. Lubell, Esq., an individual; and Propp, Lubell & Lapidus, LLP., a New York limited liability partnership; | EFILED Document<br>CO Douglas County District Court 18th JD<br>Filing Date: Mar 16 2007 10:56AM MDT<br>Filing ID: 14151379<br>Review Clerk:<br>▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Gary Tucker<br>1600 Stout St., Suite 1710<br>Denver, CO 80202<br><br>Phone Number: 303-825-4120 E-mail: gtucker@cohenlawdenver.com<br>FAX Number: 303-825-4121 Atty. Reg. # 15811 | Case Number:<br><br>Division Courtroom |

**DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases.

2. Check the boxes applicable to this case.

   ☐ Simplified Procedure under C.R.C.P. 16.1 **applies** to this case because this party does not seek a monetary judgment in excess of $100,000.00 against another party, including any attorney fees, penalties or punitive damages but excluding interest and costs and because this case is not a class action or forcible entry and detainer, Rule 106, Rule 120, or other expedited proceeding.

   ☑ Simplified Procedure under C.R.C.P. 16.1, **does not apply** to this case because (check one box below identifying why 16.1 does not apply):

   - ☐ This is a class action or forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**
   - ☑ This party is seeking a monetary judgment for more than $100,000.00 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs (see C.R.C.P. 16.1(c)), **or**
   - ☐ Another party has previously stated in its cover sheet that C.R.C.P. 16.1 does not apply to this case.

3. ☐ This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

Date: March 15, 2007

[signature]
Signature of Party or Attorney for Party