| | |
|---|---|
| DISTRICT COURT OF DOUGLAS COUNTY<br>4000 JUSTICE WAY<br>CASTLE ROCK, COLORADO 80109 | |
| **Plaintiff:** ECHOSTAR SATELLITE, LLC<br>v.<br><br>**Defendants:** JVC ENTERTAINMENT, INC, et al. | |
| Peter J. Lucas, Attorney Reg. #13345<br>APPEL & LUCAS, P.C.<br>1917 Market Street<br>Denver, CO 80202<br>Telephone: (303) 297-9800<br>Fax: (866) 453-9035<br>e-mail: LucasP@appellucas.com<br>*Attorneys for Defendant JVC Entertainment, Inc. a/k/a JVC Entertainment-TV, Inc, a New York Corporation, Julio Vanegas and Nicodar Cordova* | Case No. 2007-CV-664<br><br>Division: 6 |
| **MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** | |

Defendants, JVC Entertainment, Inc. a/k/a JVC Entertainment-TV, Inc, a New York Corporation, Julio Vanegas and Nicodar Cordova (collectively referred to as "Defendants") hereby request the Court for a two week extension of time answer or otherwise respond to Plaintiff's Complaint, and states as follows:

1. Plaintiff, Echostar Satellite, LLC filed its Complaint and Jury Demand on or about March 16, 2007.
2. Defendants are not located in the State of Colorado and have recently engaged the undersigned as local counsel.
3. Counsel for the Defendants has conferred with counsel for the Plaintiff regarding an extension up to and including May 15, 2007 to respond to the Complaint. Plaintiff will take no position with regard to this Motion.

WHEREFORE, Defendants, JVC Entertainment, Inc. a/k/a JVC Entertainment-TV, Inc, a New York Corporation, Julio Vanegas and Nicodar Cordova hereby request the Court for an extension of time, up to and including May 15, 2007, with which to answer or otherwise respond to Plaintiff's Complaint, and for such other relief as is proper.

Dated: April 30, 2007.

*Original signature on record.*
Peter J. Lucas, Esq.

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 30, 2007 a copy of the foregoing was served via LexisNexis File&Serve on the following:

Jeffrey Cohen, Esq.
Cohen & Associates, PC
1600 Stout Street, Ste 1710
Denver, CO 80202

*/s/ John Nunnally*