**SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1446 - 47 and D.C.COLO.LCivR 81.1, the removing party shall promptly file copies of all state court pleadings not attached to the notice of removal.

**Section A - Plaintiffs**

Plaintiffs remaining in action at the time of filing the notice of removal

**ECHOSTAR SATELLITE, L.L.C.**

**Section B - Defendants**

Defendants remaining in action at the time of filing the notice of removal

**DAVID G. LUBELL, ESQ., an individual, PROPP, LUBELL & LAPIDUS, LLP, a New York limited liability partnership, JVC ENTERTAINMENT, INC. a/k/a JVC ENTERTAINMENT-TV, INC, a New York corporation, JULIO VANEGAS, an individual, and NICODAR CORDOVA, an individual**

**Section C - Pending Motions As of Date of Removal**

| Title of Motion: | Date Motion Filed: |
|---|---|
| 1) Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint filed on behalf of JVC Defendants | May 1, 2007 |
| 2) Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint filed on behalf of Lubell Defendants | May 1, 2007 |

(Use reverse for additional information if necessary)

**Section D - Hearings**

Are hearings set on any motions? If yes, please list motion, date of hearing, and the assigned judge:

**None**

/s/ Murray I. Weiner
Signature of Attorney for Removing Party
Telephone Number: (719) 635-8750
Date: May 1, 2007

Case No. ______________________

(Rev. 4/15/02)