Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX001074
Cashier ID: lr
Transaction Date: 05/02/2007
Payer Name: Mulliken Weiner Karsh Berg e
tc

---

CIVIL FILING FEE
For: Mulliken Weiner Karsh Berg etc
Amount: $350.00

---

CREDIT CARD
Amt Tendered: $350.00

---

Total Due: $350.00
Total Tendered: $350.00
Change Amt: $0.00

Civil Filing Fee 07-cv-00904

Echostar v. JVC

A fee of $45.00 will be assessed on
any returned check.