IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00904-WYD

ECHOSTAR SATELLITE, LLC, a Colorado limited liability company;

      Plaintiff,

v.

JVC ENTERTAINMENT, INC., a/k/a JVC ENTERTAINMENT-TV, INC., a New York Corporation,
JULIO VANEGAS,
NICODAR CORDOVA,
DAVID G. LUBELL, ESQ.,
PROPP, LUBELL & LAPIDUS, LLP, a New York limited liability partnership

      Defendants.

## ORDER TO TRANSFER CASE

In the interest of judicial economy and with the approval of Chief Judge Lewis T. Babcock, case 07-cv-00904-WYD is **TRANSFERRED** to Senior Judge John L. Kane, Jr. who is presiding over case number is 07-cv-00900-JLK.

Dated: May 8, 2007

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge